# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**GEORGE B. ADAMS,**

CASE NO: **2:11–CV–01360–KJM–EFB**

v.

**JAMES TRIMBLE, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/27/12**

                              **Victoria C. Minor**
                              Clerk of Court

ENTERED:  **January 27, 2012**

                by:  /s/  H. Kaminski _____
                              Deputy Clerk